# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3639
LT Case No. 59-2009-CF-5038-A

———————————————

TRAE JEAN MITCHELL ST. ANGE,

 Petitioner,

 v.

STATE OF FLORIDA,

 Respondent.

———————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Trae Jean Mitchell St. Ange, Arcadia, pro se.

James Uthmeier, Attorney General, Tallahassee, and Tabitha Mills, Assistant Attorney General, Daytona Beach, for Respondent.

January 23, 2026

PER CURIAM.

 The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the September 10, 2025 order denying defendant's motion to correct illegal sentence rendered in Case No. 59-2009-CF-5038-A, in the Circuit Court in and for Seminole County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, WALLIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____